UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------  X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

3:09-md-02100-DRH-PMF

MDL No. 2100

----------------------------------------------------------

*Jefferson et al v. Bayer Pharmaceuticals Corporation et al.* No. 3:10-cv-11261-DRH-PMF[1]

**Judge David R. Herndon**

**ORDER**

## ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, District Judge:**

This matter is before the Court on movants' (Mekel S. Alvarez, Daniel E. Becnel, Jr., and Matthew B. Moreland) motion to withdraw as counsel of record for the above captioned plaintiff. After considering the motion, the Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The motion is therefore **GRANTED.**

**FURTHER,** the Court **DIRECTS MOVANT to serve a copy of this order of withdrawal within 7 days** upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

**FURTHER, the Court ORDERS as follows:**

---

[1] This order applies to plaintiff Lakeisha Jefferson only.

1. **Supplementary Entry of Appearance:** Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**. Failure to timely comply with this directive may result in dismissal of the plaintiff's case for failure to prosecute or comply with orders of this Court. Further, as described below, the plaintiff's case is presently at risk of being dismissed with prejudice in accord with CMO 79.

2. **The Court notes that a motion to dismiss WITH prejudice was filed on December 21, 2015 in accord with CMO 79. In light of the subject order, the Court will grant the plaintiff a small extension with regard to this motion. The plaintiff is ALLOWED until January 22, 2016 to respond to the pending motion to dismiss (Doc. 14). Failure to timely respond will result in the plaintiff's action being dismissed WITH prejudice in accord with CMO 79.**

**IT IS SO ORDERED.**

Signed this 22nd day of December, 2015.

Digitally signed by
Judge David R. Herndon
Date: 2015.12.22
12:39:09 -06'00'

**United States District Judge**